**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eugene Ray WADE, Defendant–
Appellant.**

**No. 02–7350.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Eugene Ray Wade, Appellant Pro Se. Steven Hale Levin, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Eugene Ray Wade seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Wade has not made a substantial showing of the denial of a constitutional right. *See United States v. Wade,* Nos. CR–99–328; CA–01–960–1 (M.D.N.C. Aug. 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*